FILED

2018 JUN 29  PM 2:29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA
BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. SA CR 18-00126 DOC |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1014: False Statement to a Federally Insured Bank] |
| MARK D. MAGNA, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 1014]

1.  At all times relevant to this Information, the Small Business Administration ("SBA") was an agency of the United States established by Congress, through the Small Business Act of 1953 (15 U.S.C. § 631, et seq.), to provide financial, technical, and management assistance to qualified small businesses.

2.  At all times relevant to this Information, the SBA "7(a) Loan Guaranty Program," as set forth in 15 U.S.C. § 635(a), authorized the SBA to provide financial assistance to

eligible, credit-worthy start up and existing small businesses through loan guarantees to participating lenders.

3. At all times relevant to this Information, when the SBA approved a loan under the 7(a) program, it provided a guaranty to that independent lender that the SBA would repay a percentage of a qualified loan in the event that the borrower defaulted. An SBA loan guaranty transferred the risk of borrower non-payment from the independent lender to the SBA, up to the amount of the guaranty.

4. At all times relevant to this Information, before a borrower could obtain an SBA-guaranteed loan, the borrower was required to truthfully complete certain forms, including SBA Form 1919 - Borrower Information Form ("SBA Form 1919").

5. On or about November 2, 2015, defendant MARK D. MAGNA ("MAGNA") caused to be submitted an SBA Form 1919 for a $2,325,000 SBA-guaranteed loan to purchase two businesses. The SBA Form 1919 falsely stated that defendant MAGNA would only use the SBA loan proceeds for business-related purposes specified in the SBA loan application documents and that the information provided in all supporting documents and forms was true and accurate.

6. In support of the SBA loan application, on or about October 7, 2015, defendant MAGNA caused to be submitted a false Asset Purchase Agreement ("Purchase Agreement") to Crestmark Bank ("Crestmark") through his loan broker located in Newport Beach, California. The Purchase Agreement falsely inflated the purchase price of the business.

7.   Based on the false SBA Form 1919 and the false Purchase Agreement submitted by defendant MAGNA, the SBA loan closed on or about March 8, 2016 and approximately $648,000, to which defendant MAGNA was not entitled, was deposited into two bank accounts controlled by defendant MAGNA.  The remainder of the loan went to purchase the two businesses.

8.   Rather than use the $648,000 for business-related purposes as specified in the SBA loan application documents, defendant MAGNA used the $648,000 for his own benefit, including tuition, credit card payments, and mortgage payments.

9.   From in or around September 2015, to on or about November 2, 2015, in Los Angeles and Orange Counties, within the Central District of California, and elsewhere, defendant MAGNA knowingly made false statements for the purpose of influencing the actions of Crestmark, the deposits of which were insured by the Federal Deposit Insurance Corporation, in connection with an application for an SBA 7(a) loan to purchase two businesses, in that defendant MAGNA submitted and caused to be submitted: (1) an SBA Form 1919 that stated defendant MAGNA would only use the SBA loan proceeds for business-related purposes specified in the loan application documents and (2) a purchase agreement for the business that defendant MAGNA certified was true and accurate. In truth and in fact, as defendant MAGNA then well knew, defendant MAGNA: (1) used the loan proceeds for his own benefit, including tuition, credit card payments, and mortgage payments

/ / /
/ / /
/ / /

and (2) submitted a Purchase Agreement that falsely inflated the purchase price of the business.

NICOLA T. HANNA
United States Attorney

*/s/ Lawrence S. Middleton*

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

JOSEPH T. McNALLY
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

JENNIFER L. WAIER
Assistant United States Attorney
Santa Ana Branch Office